# Supreme Court of Texas

No. 22-1056

Greg Abbott, in His Official Capacity as Governor of Texas,
*Petitioner*,

v.

Fort Bend County,
*Respondent*

On Petition for Review from the
Court of Appeals for the First District of Texas

## PER CURIAM

This case concerns the division of power between the Governor and local officials during the response to the coronavirus pandemic. Fort Bend County sought and received a temporary injunction against enforcement of a gubernatorial executive order that prohibited local mask-wearing requirements. The court of appeals affirmed the temporary injunction, and the State petitioned for review.

In light of our decision today in *Abbott v. Harris County*, 22-0124, the petition for review is granted, the judgment of the court of appeals is vacated, the temporary injunction is dissolved, and the case is

remanded for further proceedings consistent with our opinion in *Abbott v. Harris County*. *See* TEX. R. APP. P. 59.1.

**OPINION DELIVERED:** June 30, 2023